IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

SHAWN P. MCCLANAHAN                                                            PLAINTIFF

v.                                    CIVIL NO. 22-5050

KILOLO KIJAKAZI, Acting Commissioner
Social Security Administration                                                 DEFENDANT

**O R D E R**

On August 1, 2022, Defendant filed a motion to strike Plaintiff's appeal brief. (ECF No. 16). Plaintiff filed a response on August 1, 2022. (ECF No. 17). Defendant filed a reply on August 2, 2022. (ECF No. 18). Defendant's motion is DENIED.

IT IS SO ORDERED this 10th day of August 2022.

/s/ Christy Comstock
HON. CHRISTY COMSTOCK
UNITED STATES MAGISTRATE JUDGE